IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 05-MC-00057-MJW**

PHYSICAL EXCELLENCE, INC., et al.,

Plaintiff(s),

v.

STEPHEN DOW, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Agresti & Associates LLC's Motion to Vacate Order to Show Cause Hearing (docket no. 7) is DENIED.

Date:  July 29, 2005